```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                  CASE NO. 05 B 30286
   FRANCES M DIXON MCGEE
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-2246

-------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 08/02/2005 and was confirmed 11/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.61%.

     The case was converted to chapter 7 after confirmation 08/06/2007.
-------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                          PAID            PAID
-------------------------------------------------------------------------
WELLS FARGO FINANCIAL    SECURED         14205.00         1639.79          884.16
WELLS FARGO FINANCIAL    UNSECURED        2908.65             .00             .00
ALBERTSONS               UNSECURED       NOT FILED            .00             .00
SMC                      UNSECURED         600.93             .00             .00
COMCAST                  UNSECURED       NOT FILED            .00             .00
COMCAST                  NOTICE ONLY     NOT FILED            .00             .00
*B-LINE LLC              UNSECURED        1320.75             .00             .00
ILLINOIS SECRETARY OF ST UNSECURED       NOT FILED            .00             .00
VERIZON WIRELESS         UNSECURED        1277.55             .00             .00
TIMOTHY K LIOU           DEBTOR ATTY      2,304.20                         2,304.20
TOM VAUGHN               TRUSTEE                                             271.85
DEBTOR REFUND            REFUND                                                 .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE               5,100.00

PRIORITY                                              .00
SECURED                                            884.16
   INTEREST                                      1,639.79
UNSECURED                                             .00
ADMINISTRATIVE                                   2,304.20
TRUSTEE COMPENSATION                               271.85
DEBTOR REFUND                                         .00
                      ---------------         ---------------
TOTALS                  5,100.00                 5,100.00
```

              PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 30286 FRANCES M DIXON MCGEE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 11/28/07                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
         CASE NO. 05 B 30286 FRANCES M DIXON MCGEE
```